ALLAN C. DALZELL, Appellant, *v.* THE FAHYS WATCH CASE COMPANY, Respondent.

(Argued December 15, 1890; decided December 19, 1890.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made May 5, 1890, which reversed an order of Special Term denying a motion to vacate and set aside an order for the examination of defendant's officers, and vacated and set aside said order.

*Edmund T. Oldham* for appellant.

*William A. Jenner* for responaent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.